LOUIS M. DUSSELDORF, Appellant, v. WILLIAM J. CARR, Respondent. — Appeal transferred to the Third Department.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE FIRST NATIONAL BANK OF THE CITY OF BROOKLYN, Respondent, v. ERNEST STUTZ and Others, Defendants, Impleaded with MANUFACTURERS-CITIZENS TRUST COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

JOHN C. GENGENBACH, Individually, and as Executor, etc., of MARGARET F. GENGENBACH, Deceased, Respondent, v. THE VILLAGE OF ELMSFORD, Appellant.— Judgment of the County Court of Westchester county reversed, with costs, and cause remitted to said court, with directions to dismiss the complaint, with costs, on the ground that the village had not authority to make the lease under section 128 of the Village Law (Consol. Laws, chap. 64).*   Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

MARCUS G. GOLDSTEIN, Trading as NEW YORK CHEMICAL COMPANY, Appellant, v. MARX & RAWOLLE, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

ALBERT B. GROSS, Appellant, v. ARNOLD POLLAK, Respondent.— Order reversed, without costs, and motion granted, without costs, that examination of defendant may be had as to what defendant has done respecting the purchase and sale of the things described in the pleadings, the moneys received from the plaintiff by defendant, the history of the sums paid out in and about the purchase of the goods, and the moneys received on the sale of them and on whose account the purchases and sales were made. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Application of MORTIMER BAYLEY, Appellant, for an Order to Examine HENRY E. KONDOLF, Individually and as President of THE MOERLBACH SALES COMPANY, INC., Respondent, for the Purpose of Ascertaining Who Should Be Made Parties Defendant, etc.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Stapleton, Mills, Rich and Blackmar, JJ., concurred.

In the Matter of the Application of PASQUALE GILIBERTO, Appellant, for a Writ of Mandamus Directed to GEORGE H. BELL, as Commissioner of Licenses of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.